Wayne WAGGONER et al., Appellants,

v.

Gurvis "Dick" CASTLEMAN, Appellee.

Court of Appeals of Kentucky.

March 16, 1973.

Clarence EMBRY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 23, 1973.

Wayne Freeman, Charles M. Chaney, Chaney & Daughaday, Mayfield, for appellants.

Benjamin J. Lookofsky, Mayfield, for appellee.

GARDNER, Commissioner.

Appellants contend that appellee, Judge of the Graves County Quarterly Court, is not constitutionally qualified to preside over their criminal cases since he is not a lawyer. We do not agree for the reasons expressed in Ditty v. Hampton, Ky., 490 S.W.2d 772 (decided October 20, 1972).

The judgment is affirmed.

PALMORE, C. J., and MILLIKEN, OSBORNE, REED, STEINFELD and STEPHENSON, JJ., sitting.

All concur.